**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-17-00028-CV**
_____

**IN THE ESTATE OF RUFUS JENNINGS HOLT**

_____

**On Appeal from the County Court at Law**
**Orange County, Texas**
**Trial Cause No. P16967A**

_____

**ORDER**

Appellant has filed a motion to abate this appeal, representing that the parties have reached a settlement agreement and that, as soon as the parties can file the appropriate motions in the trial court, appellant will file a motion to dismiss the appeal. Accordingly, we grant the motion, abate the appeal, and permit proceedings in the trial court to effectuate the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(C).

The appeal shall be abated until the appellant files a motion to reinstate and dismiss the appeal, which shall be accomplished by no later than May 14, 2018. If a

1

motion is not filed by that date, the appeal will be reinstated and submitted to the Court without oral argument.

ORDER ENTERED March 14, 2018.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.